ACCEPTED
01-13-00619cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 12:17:58 PM
CHRISTOPHER PRINE
CLERK

# ANDY TAYLOR & ASSOCIATES, P.C.
## Attorneys at Law

**2668 HIGHWAY 36S, #288**
**BRENHAM, TEXAS 77833**

**(713) 222-1817**
**FAX: (713) 222-1855**
**www.andytaylorlaw.com**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/5/2015 12:17:58 PM
CHRISTOPHER A. PRINE
Clerk

January 5, 2015

Christopher A. Prine, Clerk
Court of Appeals-First District
301 Fannin St.
Houston, Texas 77002-2066

     Re:    Court of Appeals No. 01-13-00619-CV; *Wheelbarger, et al v. The Landing Counsel of Co-Owners, et al*;

Dear Mr. Prine,

Please be advised that Andy Taylor will be presenting oral argument for Appellants in the above referenced case on January 22, 2015 at 1:30 pm. If you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

ANDY TAYLOR & ASSOCIATES, P.C.


BY: /s/ Andy Taylor
      Andy Taylor
      State Bar No. 19727600
      2668 Highway 36S, #288
      Brenham, TX 77833
      713-222-1817 (telephone)
      713-222-1855 (facsimile)

      ATTORNEY FOR APPELLANTS